UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HEIDELBERG USA, INC.                                          PLAINTIFF/COUNTER-DEFENDANT

V.                                                            CIVIL ACTION NO. 3:08CV407 DPJ-JCS

CAIN LITHOGRAPHERS, INC.                                      DEFENDANT/COUNTER-PLAINTIFF

ORDER VACATING ORDER OF DISMISSAL

Plaintiff has informed the Court that settlement negotiations are still ongoing in this case. As such, the Court's prior Order of Dismissal is hereby vacated.

**SO ORDERED AND ADJUDGED** this the 2th day of December, 2009.

                                                        s/ *Daniel P. Jordan III*
                                                        UNITED STATES DISTRICT JUDGE